UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,   )   CASE NO. 3:11-cr-131-LRH-VPC-1
                            )
            Plaintiff,      )   ORDER
                            )
vs.                         )
                            )
SUHAIL ROSALES-ANTELO,      )
                            )
            Defendant.      )
_____)

Defendant, <u>SUHAIL ROSALES-ANTELO</u>, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Pre Sentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED this 6th day of April, 2012.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 06 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY